```
 1  JOHN C. FERRY (SBN-104411)
    LAW OFFICES OF JOHN C. FERRY
 2  2480 Vineyard Road
    Novato, California 94947
 3  415-892-9287
    Attorneys for Plaintiff
 4
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HARRIS,<br><br>   Plaintiff,<br><br>  v.<br><br>G.M. COLLIN SKINCARE, a foreign corporation,<br><br>   Defendant. | No. C-05 01771 PJH<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE |

## STIPULATION

The parties hereto have conducted their initial telephone conference with the Court appointed Early Neutral Evaluator, Patricia J. Kenney, Esq. At the case management conference, the Court ordered that the early neutral evaluation be completed within ninety days, or December 29, 2005. Due to scheduling complications the parties have determined that, subject to this Court's approval, the first available date to conduct the Early Neutral Evaluation is January 12, 2006. Accordingly, the parties request that this Court continue the deadline to complete the Early Neutral Evaluation by thirty days to January 29, 2006.

///
///
///

Received Nov-11-05 11:39am     From-     To-LITTLER MENDELSON     Page 003

1  Further, as the parties stipulated and the Court ordered at the September 29, 2005
2  case management conference, representatives of defendant G.M. Collin Skincare may
3  appear telephonically at the Early Neutral Evaluation.

4
5  DATED: November 11, 2005                    THE LAW OFFICES OF JOHN C. FERRY
6
7
8                                              By: John C. Ferry
                                               Attorneys for Plaintiff

9  DATED: November 14, 2005
10
                                               LITTLER MENDELSON
11
12                                             By: Joseph A. Schwachter
                                               Attorneys for Defendant
13

14  GOOD CAUSE SHOWING, IT IS ORDERED THAT:
15      1. The date for completion of early neutral evaluation is continued to January 29,
16  2006.
17      2. The corporate representatives of defendant G.M. Collin Skincare may attend the
18  Early Neutral Evaluation telephonically.

19  DATED: November 15, 2005
20
21
22                                             Phyllis J. Hamilton
                                               United States District Judge
23
24
25
26
27
28                                             Page 2 -

Stipulation: Harris v. GM Collin; Case No. C-05-01771 PJH

Nov 11 2005 11:46     p.03