JOSEPH A. SCHWACHTER, Bar No. 108124
KURT BOCKES, Bar No. 171647
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
G.M. COLLIN SKINCARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HARRIS,<br><br>   Plaintiff,<br><br> v.<br><br>G.M. COLLIN SKINCARE, a foreign corporation,<br><br>   Defendant. | Case No. C05-01771-PJH<br><br>**STIPULATION RE DISMISSAL OF COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** ; AND ORDER |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Leslie Harris and Defendant G.M. Collin Skincare, Inc., through their counsel of record, hereby stipulate that the Complaint in this matter is hereby dismissed in its entirety with prejudice.

Dated: May 31, 2006

LAW OFFICES OF JOHN C. FERRY

_/s/ JCF_

JOHN C. FERRY
Attorneys for Plaintiff
LESLIE HARRIS

---

STIPULATION RE DISMISSAL OF COMPLAINT     Case No. C05-01771-PJH

1  Dated: May 3/, 2006            LITTLER MENDELSON
                                  A Professional Corporation
2

3

4                                 _____
                                  JOSEPH A. SCHWACHTER
5                                 Attorneys for Defendant
                                  G.M. COLLIN SKINCARE, INC.
6

7

8  Firmwide:81152826.1 045948.1001        6/1/06

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE DISMISSAL OF COMPLAINT     2.                    Case No. C05-01771-EMC